**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

|  |  |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *ex rel.* Ebony M. Thompson,<br><br>    Plaintiff,<br><br>    v.<br><br>X CORP., et al.,<br><br>    Defendants. | Civil Action No. 1:26-cv-02103-ELH |

## <u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON BEHALF OF DEFENDANT X CORP., X.AI CORP., AND X.AI LLC</u>

Defendants X Corp., X.AI Corp., and X.AI LLC (Defendants) by and through undersigned counsel, move for the Court to dismiss the City of Baltimore's Complaint, *see* ECF No. 2, under Fed. R. Civ. P. 12(b)(6).  Defendants' arguments in support of this Motion are fully set forth in the attached memorandum of law, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Court grant their Motion and dismiss the Complaint with prejudice.

Dated:   June 29, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:    */s/ Jonathan G. Cooper*

| | |
|---|---|
| John F. Bash (*pro hac vice*)<br>300 West 6th St, Suite 2010<br>Austin, TX 78701<br>(737) 667-6100<br>johnbash@quinnemanuel.com | Jonathan G. Cooper (D. Md. Bar No. 21345)<br>Zachary J. Lustbader (*pro hac vice*)<br>555 13th Street NW Suite 600<br>Washington, D.C. 20004<br>(202) 538-8000<br>jonathancooper@quinnemanuel.com<br>zachlustbader@quinnemanuel.com |

1

Nicholas J. Caluda (*pro hac vice*)
700 Louisiana Street Suite 3900
Houston, TX 770002
(713) 221-7000
nicocaluda@quinnemanuel.com

Nolan K. Anderson (*pro hac vice*)
1109 First Avenue Suite 210
Seattle, WA 98101
(206) 905-7000
nolananderson@quinnemanuel.com

Christopher Clore (*pro hac vice*)
William Jackson Vallar (*pro hac vice*)
295 5th Ave. 9th Floor
New York, NY 10016
(212) 849-7000
christopherclore@quinnemanuel.com
jackvallar@quinnemanuel.com

*Counsel for X Corp., X.AI Corp., and X.AI LLC*