**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *ex rel.* Ebony M. Thompson,<br><br>      Plaintiff,<br><br>v.<br><br>X CORP., X.AI CORP., X.AI LLC, and SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      Defendants. | *<br><br>*      Case No. 1:26-cv-02103-ELH<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
SPACE EXPLORATION TECHNOLOGIES CORP. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the Mayor and City Council of Baltimore, *ex rel.* Ebony M. Thompson (the "Plaintiff"), and Defendant Space Exploration Technologies Corp. ("SpaceX"), through their respective attorneys, hereby stipulate and agree as follows:

1.      Plaintiff's claims against SpaceX are hereby dismissed **without prejudice**;

2.      This Stipulation dismisses only Plaintiff's claims against SpaceX. All claims asserted by or against the remaining defendants, X Corp., X.AI Corp., and X.AI LLC, remain pending; and

3.      Each party shall bear its own attorneys' fees and costs incurred in connection with the dismissal of SpaceX.

Dated: July 16, 2026

Respectfully submitted

/s/ Emma L. Bruder (By JCRose with Permission)    /s/ Jason C. Rose

Ebony M. Thompson (Bar No. 18968)          Jason C. Rose (Bar No. 27684)
Baltimore City Solicitor                   William B. King (Bar No. 19643)
Sara Gross (Bar No. 27704)                 Venable LLP
Chief Solicitor                            750 E. Pratt Street
Zachary Babo                               Suite 900
Assistant Solicitor                        Baltimore, MD  21202
Baltimore City Department of Law           Tel.: (410) 244-7400
100 North Holliday Street                  jcrose@venable.com
Baltimore, MD  21202                       wbking@venable.com
Tel.: (410) 396-3947
sara.gross@baltimorecity.gov               *Counsel for Space Exploration
                                           Technologies Corp.*

Amy E. Keller
Daniel R. Ferri (admitted *pro hac vice*)
Rebecca Trickey (admitted *pro hac vice*)
DiCello Levitt LLP
Ten North Dearborn Street, 6th Fl.
Chicago, IL  6002
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dferri@dicellolevitt.com
rtrickey@dicellolevitt.com

Emma L. Bruder (admitted *pro hac vice*)
DiCello Levitt LLP
485 Lexington Avenue, 10th Fl.
New York, NY  10017
Tel.:  (646) 933-1000
crhodes@dicellolevitt.com
ebruder@dicellolevitt.com

Scott A. Gilmore (admitted *pro hac vice*)
DiCello Levitt LLP
810 17th Street NW, Suite 430
Washington, DC 20036
Tel.: (202) 975-2288
sgilmore@dicellolevitt.com

*Counsel for Mayor and City Council of Baltimore, Maryland*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2026, copies of the foregoing and the proposed order submitted herewith were filed and served upon all counsel of record via the CM/ECF system.

/s/ *William B. King*
William B. King

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *ex rel.* Ebony M. Thompson, | * | |
| | * | Case No. 1:26-cv-02103-ELH |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| X CORP., X.AI CORP., X.AI LLC, and SPACE EXPLORATION TECHNOLOGIES CORP., | * | |
| Defendants. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## ORDER

Pursuant to the parties' Stipulation, it is SO APPROVED AND ORDERED.


Dated: _____, 2026                    Hon._____

                                                                           United States District Judge